MARK SEGAL, CHARTERED
MARK SEGAL, ESQUIRE
Nevada Bar #01963
720 S. Fourth St., #301
Las Vegas, Nevada 89101
702-382-5212
702-382-6063 (Facsimile)
Attorneys for DEBTORS
marksegal@lvcoxmail.com

E-FILED MARCH 19, 2009

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re: | BK-S 09-10362 BAM |
| BRUCE E. GORDEN and<br>CORRINE K. GORDEN, | Chapter 13 |
| SS#S: 4041<br>5903 | 341 Hearing:<br>Date of Hearing: April 2, 2009<br>Time of Hearing: 8:30 a.m. |
| Debtors. | Confirmation Hearing:<br>Date of Hearing: April 2, 2009<br>Time of Hearing: 1:30 p.m. |

### RESPONSE TO AMERICA'S SERVICING COMPANY'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

Now come BRUCE E. GORDEN and CORRINE K. GORDEN, (hereinafter the "Debtors"), by the law firm of MARK SEGAL, CHARTERED, and attorney MARK SEGAL, ESQ., and respond to America's Servicing Company's (hereinafter "Movant") Objection to Confirmation of Chapter 13 Plan and submit as follows:

The objection to confirmation is not well grounded as it relies on an inadequate and erroneous proof of claim filed by America's Servicing Company. The objection must be denied as the proof of claim is deficient because it does not contain a Schedule "A" which would allegedly sets forth an explanation of the $24,260.83 of arrearages claimed to be due pre-petition. Claimant's recovery should be limited to the $21,386.39 provided in Debtors' plan.

The original proof of claim filed with the Court does not contain a Schedule "A." This error is repeated in the Exhibit "A" attached to the objection to confirmation. On January 26, 2009, counsel for Debtors made a telephone request of counsel for America's Servicing Company to supply the missing Schedule "A." Claimant has failed to supply the schedule to its counsel who in turn has failed to supply it to Debtors' counsel. Debtors do not know why they would owe more

than the amount they have included in their plan and Claimant has failed to provide an explanation.

Based on the foregoing, Debtors submit the objection should be denied and their plan confirmed.

DATED this 19th day of March, 2009.

Respectfully submitted,

MARK SEGAL, CHARTERED

By: _____
MARK SEGAL, ESQ.
Nevada Bar No. 01963
720 S. Fourth Street, Ste. 301
Las Vegas, Nevada 89101
(702) 382-5212
Attorney for Debtors

2

# CERTIFICATE OF SERVICE

I, Yvonne Simons, hereby certify that a true and correct copy of the above and foregoing RESPONSE TO AMERICA'S SERVICING COMPANY'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN was mailed this date by depositing a copy thereof, in a sealed envelope, first-class postage prepaid, in the United States Mail (or hand delivered, delivered by facsimile transmission, or delivered by overnight express mail, or by electronic notice), to the parties and addresses indicated as follows:

Gregory L. Wilde, Esq.
208 South Jones Blvd.
Las Vegas, NV 89107
bk-clstock@vox.net E-mail

Mark S. Bosco
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, AZ 85016

Bruce E. and Corrine K. Gorden
7801 W. Washburn Road
Las Vegas, NV 89149

Rick A. Yarnall
701 Bridger Avenue, #830
Las Vegas, NV 89101
ecfmail@lasvegas13.com

U.S. Trustee
300 Las Vegas Blvd. South, #4300
Las Vegas, NV 89101

DATED this 19th day of March, 2009.

Yvonne Simons, an employee
Mark Segal, Chartered

:\BK\Gorden\ResponsetoObjtoPlan.Gorden.03.17.09.wpd

3