MARK SEGAL, CHARTERED
MARK SEGAL, ESQUIRE
Nevada Bar #01963
720 S. Fourth St., #301
Las Vegas, Nevada 89101
702-382-5212
702-382-6063 (Facsimile)
Attorneys for DEBTORS
marksegal@lvcoxmail.com

E-FILED MARCH 20, 2009

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>BRUCE E. GORDEN and<br>CORRINE K. GORDEN,<br><br>SS#S:  4041<br>      5903<br>           Debtors. | BK-S 09-10362 LBR<br><br>Chapter 13<br><br>Hearing Date:  April 23, 2009<br>Hearing Time:  3:30 p.m. |

## OBJECTION TO CLAIM

COMES NOW the Debtors, Bruce E. Gorden and Corrine K. Gorden, by and through their attorney, Mark Segal, Esq., of the law firm of Mark Segal, Chartered, and file this Objection to Proof of Claim filed by America's Servicing Company (hereinafter "Claimant") and hereby request that said claim be allowed only to the extent of $21,386.39.

This Objection is brought pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007, and is based upon the following grounds:

The Proof of Claim filed by Claimant is deficient because it does not contain a Schedule "A" which allegedly sets forth an explanation of the $24,260.83 of arrearages claimed to be due pre-petition.  Claimant's recovery should be limited to the $21,386.39 provided in Debtors' plan.

On January 26, 2009. counsel for Debtors made a telephone request of counsel for Claimant to supply the missing Schedule "A."  Claimant has failed to supply the schedule to its counsel who in turn has failed to supply it to Debtors' counsel.  Debtors do not know why they would owe more than the amount they have included in their plan and Claimant, although requested to do so, has failed to provide an explanation.

Based on the foregoing, Debtors submit the objection should be sustained and the claim reduced to $21,386.39.

DATED this _19_ day of March, 2009.

Respectfully submitted,

MARK SEGAL, CHARTERED

By_____
MARK SEGAL, ESQ.
720 S. Fourth St., #301
Las Vegas, NV 89101
Attorney for Debtors

W:\BK\Gorden\Obj to Proof of Claim.ASC.Gorden.03.17.09.wpd