MARK SEGAL, CHARTERED
MARK SEGAL, ESQUIRE
Nevada Bar #01963
720 South Fourth Street, Ste. 301
Las Vegas, Nevada 89101
702-382-5212
702-382-6063 (Facsimile)
Attorney for DEBTORS
marksegal@lvcoxmail.com

E-FILED MARCH 20, 2009

UNITED STATES BANKRUPTCY COURT

In re:                                               )
                                                     )   BK-S 09-10362 LBR
BRUCE E. GORDEN and                                  )
CORRINE K. GORDEN,                                   )
                                                     )   Chapter 13
SS#S:  4041                                          )
       5903                                          )   Hearing Date:  April 23, 2009
              Debtors.                               )   Hearing Time:  3:30 p.m.
                                                     )

### NOTICE OF HEARING ON OBJECTION TO CLAIM

TO:    ALL INTERESTED PARTIES

NOTICE IS HEREBY GIVEN that an OBJECTION TO CLAIM was filed on March 20, 2009, by MARK SEGAL, ESQ., OF MARK SEGAL, CHARTERED, attorney for Debtors, BRUCE E. GORDEN, JR., AND CORRINE K. GORDEN.  This Objection seeks the following relief: to have the Court sustain the Debtors' objection to claim of America's Servicing Company and reduce said claim to $21,386.39.  Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

NOTICE IS FURTHER GIVEN that if you do not want the court to grant the relief sought in the Application, or if you want the court to consider your views on the Application,  then you must file an opposition with the court, and serve a copy on the person making the Application **no later than 15 days** after the date of this Notice.  If the hearing date has been set on less than 15 days' notice, then the opposition must be filed and served **no later than 5 business days** before the hearing.  The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that confirm to Local Rule 9014(c).

1
2
3
4
5
6
7
8
9

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

10  NOTICE IS FURTHER GIVEN that a hearing on the said Application will be held before a
11  United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Blvd. South, Third
12  Floor, Bankruptcy Courtroom No. 1, Las Vegas, Nevada on April 23, 2009, at the hour of
13  3:30 p.m.
14      DATED this __19__ day of March, 2009.
15
16                                  MARK SEGAL, CHARTERED
17                              By _____
18                                  Mark Segal, Esquire
                                    720 S. Fourth St., #301
19                                  Las Vegas, NV 89101
                                    702-382-5212
20                                  Attorney for Debtors
21
22
23
24
25
26  W:\BK\Gorden\NOH.ObjttoClaim.ASC.Gorden.03.17.09.wpd
27
28