Entered on Docket
October 27, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

MARK SEGAL, CHARTERED
MARK SEGAL, ESQUIRE
Nevada Bar #01963
720 South Fourth Street, Ste. 301
Las Vegas, Nevada 89101
702-382-5212
702-382-6063 (Fax)
Attorneys for DEBTORS
marksegal@lvcoxmail.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:                                          )
                                                )   BK-S 09-10362 LBR
BRUCE E. GORDEN and                             )
CORRINE K. GORDEN,                              )
                                                )   Chapter 13
SS#S:   4041                                    )
        5903                                    )   Hearing Date:  April 23, 2009
              Debtors.                          )   Hearing Time:  3:30 p.m.
                                                )

**AMENDED ORDER DISALLOWING
CLAIM OF AMERICA'S SERVICING COMPANY**

Debtors' Objection to Claim having come on for hearing this 23rd day of April, 2009, attorney Mark Segal, Esq., of Mark Segal, Chartered, representing the Debtors herein, no appearance having been made by creditor America's Servicing Company, and no written opposition having been filed,

/ / / /

/ / / /

/ / / /

/ / / /

1  IT IS HEREBY ORDERED that the Debtors' Objection to Claim as it pertains to claim
2  of America's Servicing Company is hereby granted and that America's Servicing Company's
3  claim shall be allowed in the amount of $21,386.39. *SECURED ARREARS.* *RY* *M.S.*

4  DATED this ___15___ day of October, 2009.

5  Submitted By:

6  Submitted by:

7  By_____           APPROVED/DISAPPROVED:
8  Mark Segal, Esq.
   720 S. Fourth St., #301                   By_____
9  Las Vegas, NV 89101                          Rick A. Yarnall
   Attorney for Debtors                         701 E. Bridger, #820
10                                              Las Vegas, NV 89101
                                                Chapter 13 Trustee

24  W:\BK\Gorden\Order Granting ObjectiontoClaim.America's#2. Gorden.10.15.09

28                                        2

<u>RULE 9021 CERTIFICATION</u>

In accordance with Local Rule 9021, counsel for Movant certifies:

    _____The Court waived the requirement of approval under LR 9021.

    _____ No parties appeared or filed written objections, and there is no trustee appointed in the case

    \_\_\_X\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

RICK A. YARNALL, Trustee_____

Approved\_\_\_X\_\_\_\_\_        Disapproved_____        Failed to Respond_____