**Entered on Docket
February 25, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Wells Fargo Bank, N.A.
09-70584

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-10362-lbr |
| Bruce E. Gorden, Jr. and Corrine K. Gorden | Date: 2/9/2010<br>Time: 10:30 am |
| Debtors | Chapter 13 |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject property, generally described as 7801 W. Washburn Rd., Las Vegas, NV 89149, and legally described as follows:

> THAT PORTION OF THE NORTHWEST QUARTER (NW 1/4) OF THE SOUTHEAST QUARTER (SE 1/4) OF SECTION 33, TOWNSHIP 19 SOUTH , RANGE 60 EAST, M.D.B. & M. ACCORDING TO THE OFFICIAL PLAT MORE PARTICULARLY DESCRIBED AS FOLLOWS:
>
> PARCEL THREE (3) AS SHOWN BY MAP THEREOF ON FILE 39 OF PARCEL MAPS. PAGE 59 IN THE OFFICE OF THE COUNTY RECORDER CLARK COUNTY NEVADA AND RECORDED JANUARY 21, 1983 IN BOOK 1677 OF OFFICIAL RECORDS AS DOCUMENT NO. 1636708.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least seven business days' notice of the time, place and date of sale.

//
//
//
//
//
//
//
//
//
//
//
//

  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

  DATED this _____ day of _____, 2010.

Submitted by:

WILDE & ASSOCIATES

By:_____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED
By:_____
Mark B. Segal
720 S. 4th St., #301
Las Vegas, NV 89101
Attorney for Debtor(s)

APPROVED / DISAPPROVED
By:_____
Rick A. Yarnall
701 Bridger Avenue #820
Las Vegas, NV 89101
Chapter 13 Trustee

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

DATED this _____ day of _____, 2010.

Submitted by:

**WILDE & ASSOCIATES**
By:_____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED
By:_____
Mark B. Segal
720 S. 4th St., #301
Las Vegas, NV 89101
Attorney for Debtor(s)

APPROVED / DISAPPROVED
By:_____
Rick A. Yarnall
701 Bridger Avenue #820
Las Vegas, NV 89101
Chapter 13 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
  \_\_\_\_ The court waived the requirements of LR 9021.
  \_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
  \_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
  \_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
  _X_ approved the form of this order  \_\_\_\_ disapproved the form of this order
  \_\_\_\_ waived the right to review the order and/or  \_\_\_\_ failed to respond to the document
  \_\_\_\_ appeared at the hearing, waived the right to review the order
  \_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
  \_\_\_\_ approved the form of this order  \_\_\_\_ disapproved the form of this order
  \_\_\_\_ waived the right to review the order and/or  _x_ failed to respond to the document

  \_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
  \_\_\_\_ approved the form of this order  \_\_\_\_ disapproved the form of this order
  \_\_\_\_ waived the right to review the order and/or  \_\_\_\_ failed to respond to the document
  \_\_\_\_ appeared at the hearing, waived the right to review the order
  \_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
  \_\_\_\_ approved the form of this order  \_\_\_\_ disapproved the form of this order
  \_\_\_\_ waived the right to review the order and/or  \_\_\_\_ failed to respond to the document

  \_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor